1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

WILLIAM HENRY SCHMIDT,

                    Petitioner,

        v.

STATE OF WASHINGTON,

                    Respondent.

Case No. 2:20-cv-01819-RSL-TLF

REPORT AND
RECOMMENDATION

Noted for: <u>April 9, 2021</u>

11      Petitioner, William Henry Schmidt, is proceeding *pro se* in this federal habeas

12  action pursuant to 18 § 2254. Dkt. 1. By letter dated December 21, 2020, plaintiff was

13  granted until January 20, 2021, to either pay the $5.00 filing fee or submit a completed

14  application to proceed *in forma pauperis* ("IFP"). Dkt. 2. Plaintiff was advised that failure

15  to respond to the letter by January 20, 2021, may result in the dismissal of the case. *Id.*

16  To date, petitioner has neither paid the filing fee nor submitted a completed application

17  for IFP status. Petitioner has not responded to the Clerk of Court's letter, has not paid

18  the filing fee, and has not filed an application to proceed IFP. As petitioner has failed to

19  prosecute this case, the Court recommends this case be DISMISSED without prejudice.

20  The Court also recommends that a certificate of appealability be denied. A proposed

21  order accompanies this Report and Recommendation.

22      The parties have **fourteen (14) days** from service of this Report and

23  Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6;

24

25

REPORT AND RECOMMENDATION - 1

1    FRCP 72(b). Failure to file objections will result in a waiver of those objections for

2    purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time

3    limitation, this matter shall be set for consideration on **April 9, 2021**, as noted in the

4    caption.

5         Dated this 19th day of March, 2021.

6

7

8                                                              Theresa L. Fricke
                                                               United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2