UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM HENRY SCHMIDT,

            Petitioner,

v.

STATE OF WASHINGTON,

           Respondent.

Case No. 2:20-cv-01819-RSL-TLF

ORDER

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted as to all sections except that page 1, line 12, which cites "18 § 2254" should read "28 U.S.C. § 2254";

(2) petitioner's federal habeas corpus petition is DISMISSED without prejudice; and

(3) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

ORDER - 1

1   Dated this 23rd day of April, 2021.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER - 2